# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL RAMIREZ-QUEZADA,<br><br>Defendant. | CASE NO.:  21CR3433-JLS<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MOTION HEARING |

**IT IS HEREBY ORDERED** that the Unopposed Motion to Continue the Motion Hearing is GRANTED. The December 30, 2021 Motion Hearing is hereby continued to January 6, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 12/28/2021

Hon. Ruth Bermudez Montenegro
United States Magistrate Judge