UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   21CR3433-JLS |
|---|---|
| Plaintiff, | |
| v. | |
| ISRAEL RAMIREZ-QUEZADA, | ORDER GRANTING JOINT MOTION TO CONTINUE |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting is GRANTED. The January 21, 2022 Motion Hearing/ Trial Setting is hereby continued to February 18, 2022 at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated:  January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge