RANDY S. GROSSMAN
United States Attorney
MARITSA A. FLAHERTY
Assistant United States Attorney
California Bar No. 327638
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6964
Maritsa.Flaherty@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-3433-JLS |
|---|---|
| Plaintiff, | Date:   6/24/2022<br>Time:   9:00 a.m. |
| v. | |
| ISRAEL RAMIREZ-QUEZADA, | The Honorable Janis L. Sammartino |
| Defendant. | **THE UNITED STATES' AMENDED SENTENCING SUMMARY CHART** |

    The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney and Maritsa A. Flaherty, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart which is based upon the files and records of this case.

    DATED: June 27, 2022              Respectfully submitted,

                                                RANDY S. GROSSMAN
                                              United States Attorney

                                              /s/ *Maritsa A. Flaherty*
                                              Assistant United States Attorney

AMENDED SENTENCING SUMMARY CHART  
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]  
Sentencing Date: June 24, 2022

USPO ☐  
AUSA ☒  
DEF ☐

Defendant's Name: Israel Ramirez-Quezada  
Docket No. 21-CR-3433-JLS

Attorney's Name: Maritsa A. Flaherty  
Phone No. (619) 546-6964

Guideline Manual Used: November 1, 2021  
Agree with USPO Calc.: ☒

Base Offense Level:

USSG § 2L1.1(a)(3) – alien smuggling ......................................................... 12

Specific Offense Characteristics:

USSG § 2L1.1(b)(2)(A) – Number of Aliens (6-24) ..................................... +3

USSG § 2L1.1(b)(6) – Substantial Risk* .................................................... 18

Adjustment for Role in the Offense: _____

Adjustment for Obstruction of Justice: _____

Adjustment for Reckless Endangerment During Flight: _____

Adjusted Offense Level: 18

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [☒ Gov't Motion – USSG § 3E1.1(b)] ....... -3

Total Offense Level: 15

Criminal History Score: 19

Criminal History Category: VI

____ Career Offender   ____ Armed Career Criminal

Guideline Range:                                      from 41 mths  
 (Range limited by: ___ minimum mand. ____ statutory maximum)   to 51 mths

Departures:  USSG § 5K3.1 – "Fast-Track" Early Disposition ........................ -2

USSG § 5K3.1 – Combination of Circumstances ...................... -2

Adjusted Offense Level: 11       Resulting Guideline Range:    from 27 mths  
                                                                  to 33 mths

**Recommendation: 27 months' in custody; 3 years' S/R; $100 special assessment; no fine**

*The parties are permitted to argue the applicability of substantial risk. See Plea Agreement, Pg. 8. Here, the defendant picked up eleven (11) material witnesses in his minivan, well over the capacity for the vehicle and there were not enough seatbelts for all individuals. In order to fit in the minivan, the witnesses were "stacked" on each other. At a minimum, the Defendant recklessly created a substantial risk of serious bodily injury to another person, because any abrupt movement in the vehicle or accident would have injured the witnesses.  
[Approved/BCP]