# UNDER SEAL

# **EXHIBIT A**