# EXHIBIT C

# IMPERIAL VALLEYS
# NEW CREATIONS
*"Helping Hurting Youth, Adults, and Families "*
**536 S. 6th St. – P.O. Box 4478 El Centro, Ca. 92244**

July 7, 2022

To: Judge Sammartino
Re: Israel Ramirez Quesada
D.O.B 12-6-1979 CASE# 3-21CR03433

This letter is a letter of support on behalf of Israel Quesada. My name is Brian Melvin I work as a staff member at Imperial Valleys New Creations since 1-2011. I have known Israel since 1993 because we went to school together and were also friends. Israel has been in our program and has done well. He is very respectfull, teachable, and hard working. We helped Israel get a full time job and his boss told me Israel was the hardest worker he has ever seen. I believe Israels main problem is addiction and if he can get help with that he has all the tools necessary to be a law abiding productive citizen. I believe Covid-19 pandemic had a lot to do with Israels last relapse. Israel is not getting any younger and I truly feel he his tired of the drug lifestyle and ready more than ever to make it life.

If you have any questions concerning this matter feel free to call our administrative office at (760) 482-5900 or on my cell phone (760) 455-4676 or email bmelvinivnc@gmail.com.

Sincerely,
Brian Melvin